# UNITED STATES DISTRICT COURT
for the

| Christopher A. Summers | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:16-cv-387 |
| Charlotte Jenkins, Warden Chillicothe Correctional In | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The Petition is DISMISSED WITH PREJUDICE; Summer is DENIED a certificate of appealability; Court CERTIFIES to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis; case is TERMINATED on Court docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas M. Rose on a motion for Report and Recommendations and Supplemental Report and Recommendations

Date: 4/13/2017

CLERK OF COURT

*Sophia R. Bryant*
Signature of Clerk or Deputy Clerk